## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BILLY FARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:17-cv-00301-RWS |
| | § | |
| BEN E. KEITH COMPANY, | § | |
| | § | |
| Defendant. | § | |

### AMENDED DECLARATION OF GARY D. EISENSTAT

1.      My name is Gary D. Eisenstat. I am over twenty-one (21) years of age, otherwise competent to give sworn testimony, and I have personal knowledge of all the matters set forth in this Declaration and they are all true and correct.

2.      I am lead counsel for the Defendant Ben E. Keith Company ("Defendant" or "BEK") in the above-styled and numbered action. I, along with associate attorney, Andrew J. Magid, and paralegals, Joshua Ellis and Trudy Cox, provided legal services to Defendant in connection with its Motion to Show Cause for Perjury and Forgery ("Motion to Show Cause") [Doc. No. 60] and the related briefing and hearing.

3.      I have been licensed to practice law in the State of Texas since 1985. I am a shareholder in the Dallas office of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree"). I am board certified in Labor and Employment Law by the State Bar of Texas and a Fellow in the College of Labor and Employment Lawyers. Mr. Magid, an associate attorney in Ogletree's Dallas office, has been licensed to practice law in the State of Texas since 2014. I and other members of my firm have extensive experience — and specialize — in handling labor and employment lawsuits. My hourly rate for this matter is

$340.00.  Mr. Magid's hourly rate for this matter is $305.00.  Joshua Ellis and Trudy Cox's hourly rate is $120.00.

4.      I am personally familiar with hourly rates of attorneys throughout Texas, and my hourly rate and the rate of Mr. Magid for this matter are reasonable and typical, if not lower than, the rates of attorneys in and around the Dallas/Fort Worth area and the Eastern District of Texas.  My rate and Mr. Magid's rate are reasonable given our respective levels of experience, expertise, and training.

5.      Legal work that Ogletree performed relating to the Motion to Show Cause, including depositions, briefing, and hearing preparation and attendance, are detailed in the true and correct redacted copies of the bills attached hereto as Exhibit 1.  This work specifically includes the following:  on April 20, 2017, Ogletree received Plaintiff's Notice of Filing of Declarations [Doc. No. 22], which included the declarations of four individuals, one current BEK employee, and three former BEK employees, including Gerald McKinley ("McKinley") and Troy McNaughton ("McNaughton") (collectively, the "Declarations").  Upon receiving these Declarations, we deposed Plaintiff, including regarding the Declarations, which were verbatim identical except for the names of the declarants and their signature blocks.  Plaintiff testified that he obtained the Declarations personally.  We then deposed some of the other declarants, including McKinley, and learned that McKinley's Declaration had been forged and that he had never seen nor signed this Declaration prior to his deposition, thus showing that Plaintiff had committed perjury in his deposition and forged McKinley's signature to this Declaration.

6.      On July 17, 2017, I received an "Authorizations for Release of Records — Employment" ("Authorization") from Plaintiff's counsel allegedly from several current and

former BEK employees, including McNaughton, seeking the release of BEK's personnel files, including of McNaughton, to Plaintiff's counsel.  We then presented this Authorization to McNaughton who advised us that he had neither seen nor signed this Authorization and that it was also a forgery.  We obtained subsequent declarations from McNaughton confirming that he never signed this Authorization nor authorized anyone to sign his name to the same, as Plaintiff had claimed.

7.      Based upon the above, we prepared and filed the Motion to Show Cause and related materials, reviewed Plaintiff's response, prepared a subsequent reply in support of the Motion to Show Cause, and reviewed Plaintiff's sur reply.  We also subsequently prepared extensively for, and I attended, the hearing on the Motion to Show cause and argued the same for just over one hour, which included a PowerPoint presentation shown to Magistrate Mitchell and used extensively at the hearing.  Thereafter, we received and reviewed the Magistrate's Report and Recommendation ("Report") in which that Court recommended that BEK's Motion to Show Cause be granted and reviewed it with BEK.  Plaintiff then filed his objections to the Report and we prepared and responded to Plaintiff's objections to the Report.  We also reviewed the Court's Order Adopting Report and Recommendation of the United States Magistrate Judge [Doc. No. 131] and shared that Order with our client.  Finally, as provided in that Order, we have prepared this Amended Fee Application.

8.      Exhibit 1 to this Amended Declaration contains adjustments to the attached bills ("Amended Bills") that were filed with my original Declaration.  Certain entries were inadvertently included on, and excluded from, Exhibit 1 to my original Declaration ("Original Bills").  Specifically, the Original Bills contained an eight-hour time entry for July 26, 2017, for travel to/from Palestine, Texas, which also included preparing for and defending the

deposition of Keith Williamson and deposing Gerald McKinley on July 26, 2017.   The Amended Bills exclude the time spent defending Mr. Williamson's deposition and eliminates half of the four-hour travel time to and from Palestine, thereby allocating two of the four hours of travel time to travel associated with Mr. Williamson's deposition.   Accordingly, the Amended Bill allocates 3.6 hours of this time to Mr. McKinley's deposition, and associated travel.  The Original Bills contained entries on August 4 and 8, 2017, and November 6, 2017, for:  (**1**) 0.6 hour entry regarding communications with Angela Howell and Andrew Gregory about the Palestine facility's check-up process and declarations; (**2**) a 1.70 hour entry for revisions to BEK's Motion for Summary Judgment; and (**3**) a 0.2 hour entry for a draft outline of Plaintiff's alleged comparators to reference during the forthcoming discovery hearing. These three time entries were inadvertently included on the Original Bills and have subsequently been removed from the Amended Bills and are not part of the fees sought in the Amended Application.  Further, the Original Bill contained a 0.3 hour entry on August 9, 2017, for communications with the Court's law clerk regarding BEK's Motion to Show Cause, Plaintiff's Motion for Leave to File a Third Amended Complaint, and BEK's Motion for Summary Judgment.  The Amended Bills correct the inadvertent inclusion of time spent on communications regarding the Motion for Leave to File a Third Amended Complaint and Motion for Summary Judgment and now only seeks the fees for 0.1, relating to the Motion to Show Cause.  Further, the Original Bills did not include all of Mr. Magid's January 2018 time entries associated with this Fee Application or Mr. Eisenstat's January 17, 18, and 19, 2018 time entries for:  (**1**) 0.1 hours for reviewing the status of the Fee Application; (**2**) 0.80 hours for reviewing and revising the Fee Application; and (**3**) 1.0 for finalizing the Fee Application — all of which have now been included in the Amended Application.

9.     The legal work/services described above, which was both reasonable and necessary to pursue the Motion to Show Cause, resulted in attorneys' and paralegal fees and expenses now totaling $40,908.69 ($36,487.50 in attorneys' fees and $4,421.19 in expenses), as revised.  The expenses consist of travel to and from Palestine and Tyler for the depositions of McKinley and Farris, and the hearing on the Motion to Show Cause, court reporter and transcript expenses for the McKinley and Farris depositions, process server expenses for McKinley and McNaughton, and photocopies of documents for the hearing on the Motion to Show Cause.  Based upon my education, training, and experience, it is my opinion that these fees are both reasonable and necessary, especially given the nature of the relief requested, the briefing schedule, the issues presented, and the amount of evidence and research involved.

10.     The information provided in the redacted bills attached is provided solely to assist the Court and is being provided subject to, and without waiving, any and all applicable privileges, including the attorney/client privilege and the work-product privilege.

11.     I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this _22nd_ day of January, 2018.

GARY D. EISENSTAT

32700805.2

---

# Exhibit 1

# Ogletree Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|



| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/20/17 | AJM | Review sworn declarations filed by opposing counsel, plaintiff's discovery responses, and | 0.90 | 274.50 |

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | REDACTED | | |
| 05/03/17 | AJM | Prepare Billy Farris' deposition notice. | 0.10 | 30.50 |

# Ogletree Deakins

Page 4
06/26/17
Invoice No. 1727932
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|

REDACTED

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/08/17 | GDE | Continue work on plaintiff's deposition outline. | 0.90 | 306.00 |

# Ogletree Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|

REDACTED

| 05/12/17 | GDE | Work on plaintiff's deposition preparation. | 1.90 | 646.00 |

**Ogletree Deakins**

Page 9
06/26/17
Invoice No. 1727932
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/12/17 | AJM | Compile exhibits for possible use during plaintiff's deposition. | 1.10 | 335.50 |

REDACTED

| | | | | |
|------|----------|-------------|-------|--------|
| 05/15/17 | GDE | Prepare for plaintiff's deposition. | 2.20 | 748.00 |

REDACTED

| | | | | |
|------|----------|-------------|-------|--------|
| 05/15/17 | AJM | Work on documents and potential exhibits needed for plaintiff's upcoming deposition. | 2.10 | 640.50 |

REDACTED

**Ogletree**
**Deakins**

Page 10
06/26/17
Invoice No. 1727932
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|

REDACTED

| 05/16/17 | GDE | Work on preparation for plaintiff's deposition. | 3.40 | 1,156.00 |
| 05/16/17 | AJM | Continue work on documents and exhibits for Billy Farris' deposition. | 0.50 | 152.50 |

# Ogletree Deakins

Page 11
06/26/17
Invoice No. 1727932
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/18/17 | GDE | Travel to Palestine to take deposition of plaintiff. | 2.30 | 782.00 |
| 05/18/17 | GDE | Depose plaintiff Billy Farris. | 5.10 | 1,734.00 |
| 05/18/17 | GDE | Telephone call with Andrew Gregory regarding | 0.30 | 102.00 |
| 05/18/17 | GDE | Travel to Dallas from Palestine after deposing plaintiff. | 2.20 | 748.00 |

**Ogletree Deakins**

Page 14
06/26/17
Invoice No. 1727932
220036-000052-BSM

## Expenses

| Description | Amount |
| --- | --- |

Travel - Gary D. Eisenstat - Mileage - Travel to Palestine, Texas on Thursday, May 18 for Deposition of Plaintiff ODNSS-Dallas to Palestine, Texas 241.43 miles on 05/19/17 — 129.17

Total Expenses

TOTAL FEES
TOTAL EXPENSES
TOTAL THIS INVOICE

**Ogletree**
**Deakins**

Page 4
07/24/17
Invoice No. 1742544
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|

REDACTED

| | | | | |
|------|----------|-------------|-------|--------|
| 06/07/17 | AJM | Analyze opposing counsel's request for the personnel files of Rodney Mims, Troy McNaughton, Morris Cook, and Gerald McKinley. | 0.30 | 91.50 |
| 06/08/17 | AJM | Multiple communications with Jessica Amyett regarding opposing counsel's request for declarants' personnel files. | 0.20 | 61.00 |

# Ogletree Deakins

Page 5
07/24/17
Invoice No. 1742544
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/17 | AJM | Review Troy McNaughton and Gerald McKinley's disciplinary files in light of opposing counsel's request for documents regarding Troy McNaughton, Gerald McKinley, Morris Cook, and Rodney Mims. | 0.30 | 91.50 |
| 06/08/17 | AJM | Work on scheduling the depositions of Gerald McKinley. | 0.20 | 61.00 |
| 06/09/17 | AJM | Review personnel files of Rodney Mims, Troy McNaughton, Morris Cook, and Gerald McKinley received from Jessica Amyett. | 1.30 | 396.50 |

**Ogletree Deakins**

Page 18
07/24/17
Invoice No. 1742544
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|

REDACTED

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/29/17 | GDE | Review plaintiff's deposition for Rule 11 motion. | 1.30 | 442.00 |

**Ogletree Deakins**

Page 19
07/24/17
Invoice No. 1742544
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|

REDACTED

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/30/17 | AJM | Legal research regarding Rule 11(c)(2) in light of sanctions letter to opposing counsel. | 0.30 | 91.50 |

# Ogletree Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|

REDACTED

| Timekeeper | Timekeeper Summary Title | Rate | Hours | Amount |
|------------|--------------------------|------|-------|--------|

| Description | Expenses | Amount |
|-------------|----------|--------|
| Depositions - Veritext - Transcript of Hearing 5/18/17 - on 05/18/17 - Hearing | | 2,320.19 |

Total Expenses

TOTAL FEES
TOTAL EXPENSES
TOTAL THIS INVOICE

# Ogletree Deakins

Page 11
08/28/17
Invoice No. 1758669
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|

REDACTED

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/17/17 | GDE | Review authorizations from plaintiff's counsel of former employees. | 0.10 | 34.00 |

**Ogletree Deakins**

Page 14
08/28/17
Invoice No. 1758669
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | REDACTED | | |
| 07/19/17 | TDC | Run background searches on Rodney Mims, Troy McNaughton and Jacquez McKinley for current addresses for purposes of serving nonparty deposition subpoenas. | 0.20 | 24.00 |
| 07/19/17 | TDC | Prepare Notices of Deposition and Subpoenas to Appear for Deposition to Rodney Mims, Troy McNaughton and Jacquez McKinley. | 0.20 | 24.00 |

# Ogletree
# Deakins

Page 15
08/28/17
Invoice No. 1758669
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|

REDACTED

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/20/17 | AJM | Continue working on deposition notices and subpoenas for non-parties Rodney L. Mims, Troy McNaughton, and Jacquez F. McKinley. | 0.30 | 91.50 |

# Ogletree
# Deakins

Page 16
08/28/17
Invoice No. 1758669
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/20/17 | TDC | Finalize subpoenas and notices for depositions of Rodney Mims, Troy McNaughton and Jacquez McKinley. | 0.30 | 36.00 |

**Ogletree Deakins**

Page 17
08/28/17
Invoice No. 1758669
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|

REDACTED

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/25/17 | GDE | Prepare for additional depositions. | 1.40 | 476.00 |
| 07/25/17 | AJM | Analyze communications from process server regarding issues with serving Troy McNaughton's deposition subpoena. | 0.10 | 30.50 |

# Ogletree Deakins

Page 18
08/28/17
Invoice No. 1758669
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/25/17 | AJM | Multiple communications with Stacie Sartors regarding Troy McNaughton's deposition. | 0.20 | 61.00 |
| 07/26/17 | GDE | Travel to and from Palestine, TX and prepare for and defend deposition of Keith Williamson, and depose Gerald McKinley. | 8.00 | 2,720.00 |
| REDACTED | | Partial allocation for McKinley deposition. | 3.6 | 1,224.00 |
| 07/27/17 | GDE | Telephone call with Craig Woodcook                      in connection with Gerald McKinley Declaration. | 0.30 | 102.00 |
| REDACTED | | | | |
| 07/27/17 | GDE | Review Motion to Show Cause, and research issues. | 0.70 | 238.00 |
| REDACTED | | | | |

# Ogletree
# Deakins

Page 19
08/28/17
Invoice No. 1758669
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|

REDACTED

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/28/17 | GDE | Review Amended Declaration of Gerald McKinley, and forward same to Craig Woodcook. | 0.20 | 68.00 |
| 07/28/17 | GDE | begin drafting defendant's Motion to Show Cause. | 2.40 | 816.00 |

# Ogletree
# Deakins

Page 20
08/28/17
Invoice No. 1758669
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | REDACTED | | |
| 07/29/17 | GDE | Continue work on defendant's Motion to Show Cause. | 1.90 | 646.00 |
| 07/31/17 | GDE | Email with Craig Woodcook regarding Motion to Show Cause. | 0.10 | 34.00 |
| 07/31/17 | GDE | Work on Motion to Show Cause and | 0.60 | 204.00 |

# Ogletree Deakins

Page 21
08/28/17
Invoice No. 1758669
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|

REDACTED

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/31/17 | AJM | Research and analyzing caselaw regarding sanctions or penalties associated with filing a forged affidavit or declaration with the court. | 0.80 | 244.00 |

Total Services

REDACTED

# Ogletree Deakins

Page 22
08/28/17
Invoice No. 1758669
220036-000052-BSM

## Expenses

| Description | Amount |
| --- | --- |
| REDACTED | |
| Travel - Gary D. Eisenstat - Mileage - Travel to Palestine, Texas for depositions Home to Palestine, Texas 243.97 miles on 07/27/18 | 130.52 |

Total Expenses

TOTAL FEES     REDACTED
TOTAL EXPENSES
TOTAL THIS INVOICE

# Ogletree Deakins

Page 3
09/29/17
Invoice No. 1774029
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/02/17 | AJM | Multiple communications with Troy McNaughton regarding new declaration | 0.30 | 91.50 |
| 08/02/17 | AJM | Work on new declaration for Troy McNaughton in light of telephone conference with him earlier today. | 0.60 | 183.00 |
| 08/03/17 | GDE | Revise Motion to Show Cause. | 0.60 | 204.00 |

**Ogletree Deakins**

Page 4
09/29/17
Invoice No. 1774029
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/03/17 | AJM | Continue working on declaration of Troy McNaughton. | 0.40 | 122.00 |
| 08/03/17 | AJM | Multiple communications with Troy McNaughton regarding declaration. | 0.40 | 122.00 |

REDACTED

**Ogletree Deakins**

Page 5
09/29/17
Invoice No. 1774029
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/07/17 | GDE | Revise Motion to Show Cause in light of additional forgery issues. | 0.90 | 306.00 |
| 08/07/17 | GDE | Review and revise Declaration of Troy McNaughton regarding forged Authorization. | 0.30 | 102.00 |
| 08/07/17 | GDE | Email with Craig Woodcook regarding               forgery, and Motion to Show Cause. | 0.20 | 68.00 |

REDACTED

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/07/17 | AJM | Multiple communications (several telephone and email exchanges) with Troy McNaughton regarding declaration clarifying his previous declaration in support of plaintiff's claims and regarding forged authorization for records submitted by opposing counsel. | 0.70 | 213.50 |
| 08/07/17 | AJM | Prepare supplemental delcaration of Troy McNaughton clarifying his original declaration in support of plaintiff's claim in light of telephone call with Mr. McNaughton. | 0.20 | 61.00 |
| 08/07/17 | AJM | Revise new declaration for Troy McNaughton regarding forged records authorization. | 0.40 | 122.00 |
| 08/07/17 | AJM | Multiple communications with Angela Howell regarding             and Troy McNaughton. | 0.20 | 61.00 |

REDACTED

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/08/17 | GDE | Email with Craig Woodcook regarding           Motion to Show Cause. | 0.20 | 68.00 |
| 08/08/17 | GDE | Revise Motion to Show Cause, and work on Appendix in Support. | 1.20 | 408.00 |

# Ogletree Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | REDACTED | | |
| 08/09/17 | GDE | Revise and finalize Motion to Show Cause and Appendix supporting same. | 2.80 | 952.00 |
| 08/09/17 | GDE | Various emails with Craig Woodcook regarding Motion to Show Cause. | 0.30 | 102.00 |
| 08/09/17 | GDE | Prepare proposed Order Granting defendant's Motion to Show Cause. | 0.30 | 102.00 |

# Ogletree
# Deakins

Page 7
09/29/17
Invoice No. 1774029
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/09/17 | AJM | Multiple communications with Judge Schroeder's clerk regarding Motion to Show Cause, plaintiff's Motion for Leave to File Third Amended Complaint, and defendant's Motion for Summary Judgment. | 0.30 | 91.50 |
| | | Partial allocation for communications regarding Motion to Show Cause: | .10 | 30.50 |
| 08/09/17 | AJM | Analyze key facts and information regarding Motion to Show Cause, for inclusion in telephone call with Judge Schroeder's clerk. | 0.30 | 91.50 |

# Ogletree Deakins

Page 8
09/29/17
Invoice No. 1774029
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/09/17 | AJM | Further revisions to Motion to Show Cause. | 0.60 | 183.00 |
| | | REDACTED | | |
| 08/09/17 | JHE | Prepare appendix and exhibits to appendix to motion to show cause. | 2.30 | 276.00 |
| 08/10/17 | GDE | Finalize proposed Order regarding Motion to Show Cause. | 0.30 | 102.00 |
| 08/10/17 | GDE | Telephone call and email with Bob Whitehurst attempting to confer on Motion to Show Cause. | 0.30 | 102.00 |
| 08/10/17 | GDE | Finalize and file Motion to Show Cause. | 1.10 | 374.00 |

# Ogletree
# Deakins

Page 9
09/29/17
Invoice No. 1774029
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/10/17 | AJM | Prepare proposed Order to defendant's Motion to Show Cause. | 0.20 | 61.00 |
| 08/15/17 | GDE | Correspondence with Bob Whitehurst regarding responding to Motion to Show Cause, and various emails with Craig Woodcook regarding same. | 0.30 | 102.00 |

Ogletree
Deakins

Page 10
09/29/17
Invoice No. 1774029
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|

# Ogletree Deakins

Page 11
09/29/17
Invoice No. 1774029
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/20/17 | GDE | Review letter from Bob Whitehurst regarding plaintiff's further request for personnel files. | 0.10 | 34.00 |
| 08/20/17 | GDE | Prepare response to letter from Bob Whitehurst regarding plaintiff's further request for personnel files. | 0.20 | 68.00 |
| 08/21/17 | GDE | Revise and finalize letter to Bob Whitehurst regarding personnel files. | 0.20 | 68.00 |
| 08/21/17 | GDE | Review letter from Bob Whitehurst regarding Troy McNaughton personnel files, and forward same to Craig Woodcook. | 0.10 | 34.00 |
| 08/21/17 | GDE | Prepare response letter to Bob Whitehurst regarding Troy McNaughton personnel files. | 0.20 | 68.00 |

# Ogletree
# Deakins

Page 12
09/29/17
Invoice No. 1774029
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/21/17 | AJM | Analyze communications from opposing counsel regarding renewed request for personnel files and proposed response. | 0.20 | 61.00 |
| 08/22/17 | GDE | Revise and finalize letter to Bob Whitehurst regarding Trey McNaughton's personnel files. | 0.20 | 68.00 |

# Ogletree Deakins

Page 13
09/29/17
Invoice No. 1774029
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/27/17 | GDE | Review plaintiff's Response to defendant's Motion to Show Cause. | 0.20 | 68.00 |
| 08/27/17 | GDE | Various emails with Craig Woodcook regarding plaintiff's Response to Motion to Show Cause. | 0.20 | 68.00 |
| 08/27/17 | GDE | Begin to prepare Reply Brief in Support of Motion to Show Cause. | 1.70 | 578.00 |
| 08/28/17 | GDE | Work on Reply Brief in Support of Motion to Show Cause. | 2.10 | 714.00 |

# Ogletree Deakins

Page 14
09/29/17
Invoice No. 1774029
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/29/17 | GDE | Revise Reply Brief in Support of Motion to Show Cause. | 2.20 | 748.00 |
| 08/29/17 | GDE | Work on obtaining a possible Supplemental Declaration of Troy McNaughton. | 0.20 | 68.00 |
| 08/29/17 | AJM | Continue working on Reply in Support of defendant's Motion to Show Cause. | 0.60 | 183.00 |
| 08/30/17 | GDE | Revise proposed Supplemental Declaration of Troy McNaughton. | 0.80 | 272.00 |
| 08/30/17 | GDE | Revise Reply Brief in Support of Motion to Show Cause. | 1.10 | 374.00 |
| 08/30/17 | AJM | Analyze issues regarding Troy McNaughton's willingness to sign a new declaration in support of our Reply in Support of defendant's Motion to Show Cause. | 0.20 | 61.00 |
| 08/30/17 | AJM | Multiple communications with Troy McNaughton regarding new declaration for defendant's Reply in Support of its Motion to Show Cause. | 0.80 | 244.00 |
| 08/30/17 | AJM | Work on supplemental declaration of Troy McNaughton regarding plaintiff's records authorization. | 0.60 | 183.00 |

# Ogletree Deakins

Page 15
09/29/17
Invoice No. 1774029
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/31/17 | GDE | Various emails with Craig Woodcook regarding Reply Brief in Support of Motion to Show Cause. | 0.30 | 102.00 |
| 08/31/17 | GDE | Revise Reply Brief | 0.60 | 204.00 |
| 08/31/17 | AJM | Continue working on Reply in Support of defendant's Motion to Show Cause and Second Supplemental Appendix. | 1.40 | 427.00 |
| 08/31/17 | AJM | Multiple communications with Troy McNaughton regarding his supplemental declaration. | 0.20 | 61.00 |
| 08/31/17 | TDC | Prepare Supplemental Appendix to Motion to Show Cause for Forgeries and Perjury | 0.50 | 60.00 |

Total Services



REDACTED

Depositions - Deposition Solutions LLC - Deposition transcript of Jacquez Fitzgerald McKinley - on 07/26/17 - Jacquez Fitzgerald McKinley          898.49

Messenger - Special Delivery Service, Inc. - Process Service: Troy McNaughton - on 08/01/17          270.00

Messenger - Special Delivery Service, Inc. - Process Service: Jacquez F. McKinley - on 07/24/17          486.25

Total Expenses

# Ogletree
# Deakins

TOTAL FEES
TOTAL EXPENSES
TOTAL THIS INVOICE

# Ogletree Deakins

Page 2
10/26/17
Invoice No. 1787733
220036-000052-BSM

Craig Woodcook, Esq., Assistant General Counsel
Ben E. Keith Company
P.O. Box 2628
Fort Worth, TX  76113

**Re:   Billy Farris v. Ben E. Keith (Palestine Beverage)**

For professional services rendered through September 30, 2017:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/01/17 | AJM | Multiple communications with Troy McNaughton regarding supplemental declaration. | 0.20 | 61.00 |
| 09/05/17 | GDE | Finalize Reply Brief regarding Motion to Show Cause. | 0.30 | 102.00 |
| 09/05/17 | AJM | Multiple communications with Craig Woodcook regarding supplemental declaration of Troy McNaughton. | 0.60 | 183.00 |

**REDACTED**

# Ogletree Deakins

Page 3
10/26/17
Invoice No. 1787733
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/05/17 | AJM | Multiple communications with Troy McNaughton and Angela Howell regarding McNaughton's supplemental declaration. | 0.40 | 122.00 |
| 09/05/17 | AJM | Continue working on, and finalizing, Defendant's Reply Brief In Support of Its Motion to Show Cause for Forgeries and Perjury in light of recent communications with Angela Howell and Troy McNaughton. | 1.20 | 366.00 |
| 09/05/17 | TDC | Continue working on Supplemental Appendix to Motion to Show Cause. | 0.30 | 36.00 |
| 09/07/17 | GDE | Review Plaintiff's Surreply to Motion to Show Cause and email to Craig Woodcook regarding strategy issues relating to Surreply. | 0.30 | 102.00 |
| 09/07/17 | AJM | Analyze plaintiff's Sur-Reply to defendant's Motion to Show Cause and Eastern District's Local Rules regarding leave of Court requirements when filing sur-replies and replies to sur-replies for inclusion in update to Craig Woodcook. | 0.30 | 91.50 |

REDACTED

Ogletree
Deakins

Page 6
11/30/17
Invoice No. 1804573
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/20/17 | AJM | Analyze Judge Schroeder's order referring pretrial matters to Magistrate--including statute cited therein--and determine whether the Magistrate will hear arguments on Motion to Show Cause. | 0.20 | 61.00 |

**REDACTED**

# Ogletree Deakins

Page 9
11/30/17
Invoice No. 1804573
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/25/17 | AJM | Review Court Order regarding denial of Motion to Continue as Moot and Order Setting Discovery Hearing. | 0.10 | 30.50 |

**REDACTED**

# Ogletree
# Deakins

Page 15
11/30/17
Invoice No. 1804573
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/30/17 | AJM | Analyze client documents and introduce Troy McNaughton's Declaration | 0.40 | 122.00 |

REDACTED

# Ogletree Deakins

Page 3
12/21/17
Invoice No. 1818600
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/03/17 | GDE | Prepare for discovery and sanctions hearing. | 0.20 | 68.00 |
| 11/05/17 | GDE | Further preparation for discovery and sanctions hearing. | 0.30 | 102.00 |
| 11/06/17 | GDE | Prepare for hearing on discovery and motion to show cause. | 2.30 | 782.00 |
| 11/06/17 | AJM | Analyze key documents, arguments, and case law, for inclusion in forthcoming hearing on motions regarding discovery and to show cause for perjury and forgery. | 2.60 | 793.00 |

REDACTED

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/06/17 | JHE | Begin preparing notebooks for use by attorney at upcoming hearings. | 3.50 | 420.00 |
| 11/06/17 | JHE | Begin preparation of demonstrative for use at Motion to Show Cause hearing. | 1.90 | 228.00 |
| 11/07/17 | GDE | Final preparation for sanctions and discovery hearing. | 2.80 | 952.00 |
| 11/07/17 | GDE | Travel to Tyler, Texas for sanctions hearing. | 1.80 | 612.00 |
| 11/07/17 | GDE | Attend sanctions and discovery hearing. | 1.10 | 374.00 |
| 11/07/17 | GDE | Travel from Tyler, Texas to Dallas after sanctions and discovery hearing. | 1.90 | 646.00 |
| 11/07/17 | GDE | Review minute order and forward to Craig Woodcook. | 0.10 | 34.00 |

# Ogletree Deakins

Page 4
12/21/17
Invoice No. 1818600
220036-000052-BSM

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| REDACTED | | | | |
| 11/07/17 | AJM | Analyze when opposing counsel first filed the amended McKinley declaration in light of hearing on Defendant's Motion to Show Cause. | 0.10 | 30.50 |
| REDACTED | | | | |
| 11/07/17 | AJM | Work on, and finalize, evidence case law, and information, to present to court for today's hearing on Defendant's Motion to Show Cause. | 0.90 | 274.50 |
| 11/07/17 | JHE | Assist attorney with preparation for upcoming hearings, ensuring demonstratives and other hearing materials are complete. | 3.00 | 360.00 |
| 11/08/17 | GDE | Various emails to Craig Woodcook regarding sanctions hearing and settlement. | 0.30 | 102.00 |

# Ogletree Deakins

Page 9
12/21/17
Invoice No. 1818600
220036-000052-BSM

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|

## Expenses

| Description | | | Amount |
|-------------|---|---|--------|
| Copies | 740 @ | 0.10 ea. | 74.00 |
| Travel - Gary D. Eisenstat - Mileage - Travel to Tyler, Texas for Hearing on Various Motions ODNSS to Tyler, Texas 210.41 miles on 11/09/17 | | | 112.57 |
| | Total Expenses | | 186.57 |

REDACTED

| | | |
|---|---|---|
| TOTAL FEES | | |
| TOTAL EXPENSES | | $186.57 |
| TOTAL THIS INVOICE | | |

DATE: 01/19/18 14:37:30 PRO FORMA STATEMENT AS OF 123117 FOR FILE (220036-000052) 220036-000052   #2688086(*****) Page 1 (1)

*----CLIENT INFORMATION------*          -CLIENT #-    --ORIGINATING--    --MANAGING--    --RESPONSIBLE--    ---BILLING--
Ben E. Keith Company

REDACTED

*---TIME ENTRIES------*

|  |  |  |  | WORKED | BILLED |  |  |  |
|  |  |  |  | AMOUNT | HOURS | AMOUNT | A Code/LCODE | DESCRIPTION |
| INDEX | INIT | DATE | STAT | HOURS |  |  |  |  |

DATE: 01/19/18  14:37:30  PRO FORMA STATEMENT AS OF 123117 FOR FILE  (220036-000052)  220036-000052  #2688086(*****)  Page 2  (2)

REDACTED

DATE: 01/19/18  14:37:30  PRO FORMA STATEMENT AS OF 123117 FOR FILE  (220036-000052)  220036-000052  #2688086(******)  Page 3  (3)

REDACTED

DATE: 01/19/18 14:37:30 PRO FORMA STATEMENT AS OF 123117 FOR FILE (220036-000052) 220036-000052    #2688086(******) Page 4 (4)

REDACTED

DATE: 01/19/18 14:37:30 PRO FORMA STATEMENT AS OF 123117 FOR FILE (220036-000052) 220036-000052   #2688086(******)  Page 5  (5)

REDACTED

DATE: 01/19/18 14:37:30   PRO FORMA STATEMENT AS OF 123117 FOR FILE (220036-000052)   220036-000052   #2688086(******)   Page 6 (6)

| ID | Code | Init | Date | B | Hours | Amount | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 22999211 | 3728 | GDE | 12/14/17 | B | 0.30 | 102.00 | 0.30 | 102.00 | Review report and recommendation granting motion to show cause and email to Craig Woodcook regarding same. |
| 22962689 | 4015 | AJM | 12/14/17 | B | 0.30 | 91.50 | 0.30 | 91.50 | Analyze Magistrate's Report and Recommendation and calculate plaintiff's objection deadline. |
| REDACTED | | | | | | | | | |
| 22996925 | 3728 | GDE | 12/15/17 | B | 0.10 | 34.00 | 0.10 | 34.00 | Various emails with Craig Woodcook regarding sanction ruling. |
| REDACTED | | | | | | | | | |
| 23004401 | 3728 | GDE | 12/19/17 | B | 0.10 | 34.00 | 0.10 | 34.00 | Review recommendation regarding fee application issue. |
| 23026698 | 3728 | GDE | 12/21/17 | B | 0.20 | 68.00 | 0.20 | 68.00 | Review plaintiff's objections to Magistrate's Recommendation, docket response date, and forward same to Craig Woodcook. |
| 23096958 | 4015 | AJM | 12/21/17 | B | 0.20 | 61.00 | 0.20 | 61.00 | Analyze Plaintiff's Objection to the Magistrate's Recommendation. |
| 23096982 | 4015 | AJM | 12/21/17 | B | 0.60 | 183.00 | 0.60 | 183.00 | Analyze local rules to determine whether Defendant is permitted to file a Response opposing Plaintiff's Objection and timeframe within which to file said Response. |
| REDACTED | | | | | | | | | |
| 23097004 | 4015 | AJM | 12/21/17 | B | 0.40 | 122.00 | 0.40 | 122.00 | Analyze key facts and rebuttal arguments for inclusion in Response in Opposition to Plaintiff's Objection to the Magistrate's Report. |
| REDACTED | | | | | | | | | |
| 23027153 | 3728 | GDE | 12/23/17 | B | 0.10 | 34.00 | 0.10 | 34.00 | Email Craig Woodcook regarding plaintiff's objections to sanctions report and recommendation. |
| 23027340 | 3728 | GDE | 12/24/17 | B | 0.50 | 170.00 | 0.50 | 170.00 | Prepare Response to Plaintiff's Objections to Magistrate's Report and Recommendation. |
| 23058222 | 3728 | GDE | 12/26/17 | B | 0.10 | 34.00 | 0.10 | 34.00 | Email with Craig Woodcook regarding response to plaintiff's objections and file sent. |

DATE: 01/19/18 14:37:30 PRO FORMA STATEMENT AS OF 123117 FOR FILE (220036-000052) 220036-000052   #2688086(******)   Page 7 (7)

REDACTED

DATE: 01/19/18 14:37:30 PRO FORMA STATEMENT AS OF 123117 FOR FILE (220036-000052) 220036-000052 #268086(*****) Page 8 (8)

REDACTED

Time Entry Report

Page 1 of 2

## Time Entry Report

| | |
|---|---|
| **Name** | Eisenstat, Gary D. |
| **Number** | 3728 |

**Report Date** 1/22/2018

**Report Period** 1/1/2018 to 1/22/2018

## REDACTED

| Index | Date Worked | Matter Number | Client Name | Matter Description | Status | Task | Activity | Worked Hours | Worked Amount | Finalized |
|---|---|---|---|---|---|---|---|---|---|---|
| **Date : 1/10/2018** | | | | | | | | | | |
| 23143052 | 1/10/2018 | 220036-000052 ⊠ | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | | | 0.10 | 34.00 | 1/16/2018 |
| Various emails with Craig Woodcook regarding and final judgment and fee application. | | | | | | | | | | |
| 23143051 | 1/10/2018 | 220036-000052 ⊠ | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | | | 0.20 | 68.00 | 1/16/2018 |
| Review Order adopting recommendation and telephone call with court clerk regarding same. | | | | | | | | | | |
| Billable Total | | | | | | | | 0.30 | 102.00 | |
| Non Billable Total | | | | | | | | 0.00 | 0.00 | |
| Daily Total | | | | | | | | 0.30 | 102.00 | |
| **Date : 1/14/2018** | | | | | | | | | | |
| 23163865 | 1/14/2018 | 220036-000052 ⊠ | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | | | 0.90 | 306.00 | 1/17/2018 |
| Review invoices regarding sanctions fee application. | | | | | | | | | | |
| Billable Total | | | | | | | | 0.90 | 306.00 | |
| Non Billable Total | | | | | | | | 0.00 | 0.00 | |
| Daily Total | | | | | | | | 0.90 | 306.00 | |
| **Date : 1/17/2018** | | | | | | | | | | |
| 23196676 | 1/17/2018 | 220036-000052 ⊠ | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | | | 0.10 | 34.00 | |

Time Entry Report

Review status of fee application.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Billable Total | | | | | | | 0.10 | 34.00 |
| Non Billable Total | | | | | | | 0.00 | 0.00 |
| Daily Total | | | | | | | 0.10 | 34.00 |

Date : 1/18/2018

| 23195723 | 1/18/2018 | 220036-000052 [Ⅰ] | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | | 0.80 | 272.00 |

Review and revise Fee Application and Declaration.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Billable Total | | | | | | | 0.80 | 272.00 |
| Non Billable Total | | | | | | | 0.00 | 0.00 |
| Daily Total | | | | | | | 0.80 | 272.00 |

Date : 1/19/2018

| 23196882 | 1/19/2018 | 220036-000052 [Ⅰ] | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | | 1.00 | 340.00 |

Finalize fee application.

| 23190849 | 1/19/2018 | 220036-000052 [Ⅰ] | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | | 0.50 | 170.00 |

Work on Fee Application and Declaration in Support.

REDACTED

Time Entry Report

## Time Entry Report

| Name | Magid, Andrew J. |
|---|---|
| Number | 4015 |

**Report Date** 1/22/2018
**Report Period** 1/1/2018 to 1/22/2018

| Index | Date Worked | Matter Number | Client Name | Matter Description | Status | Task | Activity | Worked Hours | Worked Amount | Finalized |
|---|---|---|---|---|---|---|---|---|---|---|
| **Date : 1/17/2018** | | | | | | | | | | |
| 23184784 | 1/17/2018 | 220036-000052 | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | | | 0.50 | 152.50 | |
| Begin analyzing bills for inclusion in Fee Application. | | | | | | | | | | |
| 23178024 | 1/17/2018 | 220036-000052 | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | | | 2.90 | 884.50 | |
| Work on Application for Attorneys' Fees and Declaration in Support. | | | | | | | | | | |
| 23184789 | 1/17/2018 | 220036-000052 | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | | | 0.40 | 122.00 | |
| Analyze case law for inclusion in Fee Application. | | | | | | | | | | |
| Billable Total | | | | | | | | 3.80 | 1,159.00 | |
| Non Billable Total | | | | | | | | 0.00 | 0.00 | |
| Daily Total | | | | | | | | 3.80 | 1,159.00 | |
| **Date : 1/18/2018** | | | | | | | | | | |
| 23184761 | 1/18/2018 | 220036-000052 | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | | | 2.60 | 793.00 | |
| Continue analyzing bills for inclusion in Fee Application. | | | | | | | | | | |
| 23184766 | 1/18/2018 | 220036-000052 | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | | | 2.70 | 823.50 | |
| Continue working on Fee Application, Declaration in Support, and Proposed Order. | | | | | | | | | | |
| Billable Total | | | | | | | | 5.30 | 1,616.50 | |
| Non Billable Total | | | | | | | | 0.00 | 0.00 | |
| Daily Total | | | | | | | | 5.30 | 1,616.50 | |
| **Date : 1/19/2018** | | | | | | | | | | |
| 23190495 | 1/19/2018 | 220036-000052 | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | | | 1.90 | 579.50 | |
| Continue analyzing bills and finalize calculations for inclusion in Fee Application. | | | | | | | | | | |
| 23190503 | 1/19/2018 | 220036-000052 | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | | | 2.40 | 732.00 | |
| Continue working on, and finalize, Fee Application, Declaration in Support, and Proposed Order in light of today's filing deadline. | | | | | | | | | | |
| 23190488 | 1/19/2018 | 220036-000052 | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | | | 0.20 | 61.00 | |
| Multiple communications with Craig Woodcock regarding attributable portions of Farris deposition and preparation to include in Fee Application. | | | | | | | | | | |

Time Entry Report

Page 2 of 2

| 23196302 | 1/19/2018 | 220035-000052 [1] | Ben E. Keith Company | Billy Farris v. Ben E. Keith (Palestine Beverage) | B | 1.70 | 518.50 |

Work on, and finalize, exhibits and redactions for inclusion in Fee Application.

REDACTED